# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Susan E. | US District Court | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge -Full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

219 South Dearborn Ave.
Room 1334
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodial Account #1 |
| 2. Custodian | Custodial Account #2 |
| 3. Director | Helping Hand Rehabilitation Center |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Baxter International - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Fifth Third Bank Account | A | Interest | | | Closed | 06/30/14 | J | | |
| 3. Chase Bank | A | Interest | J | T | Open | 06/30/14 | J | | |
| 4. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 5. US Employees Credit Union Account | A | Interest | J | T | | | | | |
| 6. Baxter International - Exercisable Stock Options | | None | N | T | | | | | |
| 7. Baxter International - Unvested Stock Options | | None | M | T | | | | | |
| 8. Baxter Int'l Common | C | Dividend | M | T | Buy (add'l) | 12/19/14 | N | | |
| 9. | | | | | Sold (part) | 12/19/14 | N | G | |
| 10. Edward Lifesciences Common | | None | K | T | | | | | |
| 11. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 12. BAXTER INT'L 401K PLAN | | | | | | | | | |
| 13. Stable Income Fund | B | Dividend | M | T | | | | | |
| 14. Composite Fund | D | Dividend | M | T | | | | | |
| 15. S&P 500 Equity Index Fund | D | Dividend | M | T | | | | | |
| 16. General Equity Fund | B | Dividend | K | T | | | | | |
| 17. International EAFE Equity Index Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Small Cap Fund | C | Dividend | L | T | | | | | |
| 19. Baxter Int'l Common | D | Dividend | M | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. Aflac Inc. | A | Dividend | | | Sold | 05/27/14 | K | B | |
| 22. American Tower Corp | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 23. Apache Corp | A | Dividend | | | Sold | 05/27/14 | J | A | |
| 24. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 25. Chemtrade Logistics | A | Dividend | | | Sold | 05/27/14 | J | A | |
| 26. CSX Corp | A | Dividend | K | T | | | | | |
| 27. China Mobile Limited | A | Dividend | | | Sold | 10/14/14 | J | B | |
| 28. EBAY Common | | None | J | T | | | | | |
| 29. Enterprise Products LP | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 30. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 31. Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 32. Fidelity Investment Grade Bond Fund (Y) | | | | | | | | | |
| 33. Fidelity Select Industrials | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 34. Fidelity Select Natural Gas | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Short Term Bond Fund | A | Int./Div. | J | T | | | | | |
| 36. General Motors Corp | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 37. HCP Inc | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 38. Kohlberg Kravis Roberts | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 39. Las Vegas Sands Corp | A | Dividend | J | T | | | | | |
| 40. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 41. Matthews China Fund | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 42. McDonalds Corp | A | Dividend | J | T | | | | | |
| 43. Nestle | A | Dividend | J | T | | | | | |
| 44. Northern Property Trust | A | Dividend | J | T | | | | | |
| 45. Oakmark International | B | Dividend | K | T | | | | | |
| 46. Pembina Pipeline | A | Dividend | | | Sold | 10/14/14 | J | D | |
| 47. SPDR Financial Sector ETF | A | Dividend | | | Sold | 10/14/14 | J | B | |
| 48. Starbucks | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 49. Templeton Global Bond Fund | A | Int./Div. | | | Sold | 10/14/14 | J | A | |
| 50. Toyota Motor Corp | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 51. BROKERAGE ACCOUNT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Abbott Laboratories | A | Dividend | J | T | Sold (part) | 11/12/14 | J | B | |
| 53. Apple Inc. Common | A | Dividend | K | T | | | | | |
| 54. Baidu Inc | | None | | | Sold | 11/12/14 | K | E | |
| 55. Bank of New York Mellon Corp | A | Dividend | J | T | Buy | 06/24/14 | J | | |
| 56. Baxter Int'l Common | A | Dividend | J | T | | | | | |
| 57. Berkshire Hathaway Inc Cl B | | None | J | T | Buy | 06/02/14 | J | | |
| 58. Canadian Imperial Bank of Commerce | A | Dividend | J | T | | | | | |
| 59. Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 60. Energy Transfer Partners | A | Dividend | | | Sold | 05/27/14 | K | D | |
| 61. Express Scripts | | None | J | T | | | | | |
| 62. Fedex Corp | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 63. Fidelity Convertible Securities | A | Int./Div. | K | T | Buy | 06/02/14 | J | | |
| 64. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 65. Fidelity Europe | A | Dividend | | | Buy | 06/24/14 | J | | |
| 66. | | | | | Sold | 10/14/14 | J | A | |
| 67. Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 68. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity High Income | A | Int./Div. | J | T | Buy (add'l) | 06/02/14 | J | | |
| 70. First Trust Dow Jones Internet ETF | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 71. General Electric | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 72. Google Inc Cl A | | None | J | T | Buy | 11/12/14 | J | | |
| 73. Ishares US Industrials | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 74. IBM Common | A | Dividend | J | T | | | | | |
| 75. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 76. Kohlberg Kravis Roberts | A | Dividend | J | T | | | | | |
| 77. Magellan Midstream Partners | A | Dividend | K | T | | | | | |
| 78. Matthews China Fund | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 79. Medical Properties Trust | B | Dividend | | | Sold | 11/12/14 | K | B | |
| 80. Petro China | A | Dividend | | | Sold | 11/12/14 | K | A | |
| 81. Pioneer High Yield Bond | B | Interest | J | T | | | | | |
| 82. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 83. Sanofi ADR | A | Dividend | J | T | Buy | 06/24/14 | J | | |
| 84. Total ADR | A | Dividend | | | Buy | 11/12/14 | J | | |
| 85. | | | | | Sold | 11/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Transocean Limited | A | Dividend | | | Buy | 11/12/14 | J | | |
| 87. | | | | | | Sold | 12/17/14 | J | A | |
| 88. | United Parcel Services | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 89. | Vanguard Emerging Markets | A | Dividend | | | Sold | 03/10/14 | J | A | |
| 90. | Wisdom Tree Europe Hedged Equity ETF | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 91. | BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 92. | Apple Common | A | Dividend | J | T | | | | | |
| 93. | Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 94. | Fidelity Blue Chip Growth | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 95. | Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 96. | Fidelity Europe | A | Dividend | | | Buy | 06/02/14 | J | | |
| 97. | | | | | | Sold | 10/14/14 | J | A | |
| 98. | Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 99. | Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 100. | Fidelity New Markets Income | A | Int./Div. | | | Sold | 02/05/14 | J | A | |
| 101. | Fidelity Select Natural Gas | A | Dividend | J | T | | | | | |
| 102. | Pioneer High Yield Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
| --- | --- |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 104.  BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 105.  Apple Common | A | Dividend | J | T | | | | | |
| 106.  Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 107.  Fidelity Blue Chip Growth | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 108.  Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 109.  Fidelity Europe | A | Dividend | | | Buy | 06/02/14 | J | | |
| 110. | | | | | Sold | 10/14/14 | J | A | |
| 111.  Fidelity High Income Fund | B | Int./Div. | K | T | | | | | |
| 112.  Fidelity New Markets Income | A | Int./Div. | | | Sold | 02/05/14 | J | A | |
| 113.  Fidelity Select Natural Gas | A | Dividend | J | T | | | | | |
| 114.  S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 115.  CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 116.  First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 117.  CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 118.  First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 119.  IL Bright Directions 529 Plan #1 - Fund 80A | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | L | T | | | | | |
| 121. TRUST #1 (X) | A | Dividend | M | T | | | | | |
| 122. - Alcatel-Lucent | | | | | | | | | |
| 123. - Bank of America | | | | | | | | | |
| 124. - Dunkin Brands | | | | | | | | | |
| 125. - EOG Resources | | | | | | | | | |
| 126. - JP Morgan Chase | | | | | | | | | |
| 127. - Rockwell Automation | | | | | | | | | |
| 128. - Unilife Corp. | | | | | | | | | |
| 129. TRUST #2 (X) | E | Int./Div. | P1 | T | | | | | |
| 130. - Alcatel-Alsthom | | | | | | | | | |
| 131. - American Express Bond | | | | | | | | | |
| 132. - Anadarko Petroleum | | | | | | | | | |
| 133. - Apple | | | | | | | | | |
| 134. - Bank of America | | | | | | | | | |
| 135. - Bristol Myers Squibb | | | | | | | | | |
| 136. - Casey's General Stores | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Caterpillar | | | | | | | | | |
| 138. - Danaher | | | | | | | | | |
| 139. - Dunkin Brands | | | | | | | | | |
| 140. - EOG Resources | | | | | | | | | |
| 141. - Exxon Mobil | | | | | | | | | |
| 142. - Facebook | | | | | | | | | |
| 143. - FEDEX Bond | | | | | | | | | |
| 144. - Freeport McMoran | | | | | | | | | |
| 145. - Praxair | | | | | | | | | |
| 146. - Resmed | | | | | | | | | |
| 147. - Southern Company | | | | | | | | | |
| 148. - Starbucks | | | | | | | | | |
| 149. - Wm. Blair Small Cap Fund | | | | | | | | | |
| 150. - Wm. Blair Value Discovery | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 31: Fidelity Investment Grade Bond Fund: On the 2013 Disclosure, this asset was listed as a "Partial Sale", whereas it was actually a Total Sale in 2013. The amounts listed in Columns B, C and D on the 2013 report are correct as filed.

2) Part VII, Line 120: Trust #1: Filer's _____ became a 25% beneficiary of this Trust on 11/14/14 when _____ passed away. The values listed are for 100% of the Trust and there were no transactions in the Trust between 11/14/14 and 12/31/14. Filer's _____ had no control over the assets of the Trust. ____ was not a Trustee of the Trust and received no income and no assets from the Trust in 2014.

3) Part VII, Line 128: Trust #2: Filer's _____ became a 29% beneficiary of this Trust on 11/14/14 when _____ passed away. The values listed are for 100% of the Trust and there were no transactions in the Trust between 11/14/14 and 12/31/14. Filer's _____ had no control over the assets of the Trust. ____ was not a Trustee of the Trust and received no income and no assets from the Trust in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Susan E. Cox

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544